IN THE SUPERIOR COURT OF WALTON COUNTY

STATE OF GEORGIA

| | |
|---|---|
| STANLEY G. PETTY<br>    Plaintiff | CIVIL ACTION FILE NO.<br>2022-000071-2 |
| v. | |
| WALMART STORES, INC. and<br>WALMART STORES EAST, LP<br>d/b/a WALMART SUPERCENTER NO. 5252<br>    Defendants | |

## PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION

Comes now the Plaintiff, through counsel, and responds to Defendant's First Interrogatories and Request for Production as follows:

INTERROGATORY No. 1

- Athens Orthopedic Clinic; 1765 Old West Broad Street Building 2, Suite 200 Athens, Georgia 30606
- Piedmont Walton Hospital; 2151 West Spring Street Monroe, Georgia 30655

INTERROGATORY No. 2

None at this time.

INTERROGATORY No. 3

I injured my right foot, ankle, and lower leg. The bone broke in half, and I had to have two steel rods placed in my leg to try to fix it. I also received a hairline fracture in my elbow.

INTERROGATORY No. 4

I retired approximately eight (8) years ago.

INTERROGATORY No. 5

Approximately 10 accidents. No injuries. Most recent: Summer 2021, Loganville Police Department, No Injuries, No Medical Providers. Prior to that, I had an accident in Covington, but I can't remember the date. Covington Police Department wrote up a report. There were no injures and no medical providers.

INTERROGATORY No. 6

Approximately 15 years ago, when I work for Old Dominion, my hand went under a conveyor belt. I received medical attention from the doctors retained by my employer, Old Dominion.

INTERROGATORY No. 7.

I can't remember the exact dates but in the past fifteen years, I have worked for the following companies:

- Rich's Warehouse – Dock Worker
- George Green's concrete pouring company – laborer
- Carolina Freight – Dock Worker
- Road Runner Freight – Dock Worker
- George Green's Concrete pouring company – laborer
- Old Dominion – Line Worker
- State Foods – Line Worker
- Retired approximately 8 years ago

INTERROGATORY No. 8

I had medical insurance through my employment at Old Dominion, but I can't remember the name of the company.

INTERROGATORY No. 9

Object. Not relevant to this claim and not reasonably calculated to lead to discovery of relevant and admissible evidence.

INTERROGATORY No. 10

I am unsure of the date I applied for Social Security Benefits, but I applied in Covington, Georgia and was granted benefits.

INTERROGATORY No. 11

None.

INTERROGATORY No. 12

I have been treated at the following hospitals in the past 15 years:

- Piedmont Athens Regional Medical Center, 2020, 1199 Prince Avenue, Athens, Georgia 30606
- Walton Regional Medical Center, 330 Alcovy St. Monroe, Georgia, 30655
- Clearview Regional Medical Center, 2151 W. Spring St. Monroe, Georgia 30655
- Piedmont Walton Medical Center 2151 W. Spring Street, Monroe, Georgia 30655
- Eastside Hospital of Gwinnett, 1700 Medical Way, Snellville, Georgia 30078

INTERROGATORY No. 13

I have used the following pharmacies for my prescription needs in the past 15 years:

- CVS/pharmacy – Loganville, Georgia
- Walmart Pharmacy – Loganville, Georgia
- Publix Pharmacy – Loganville, Georgia
- Kroger Pharmacy – Loganville, Georgia

INTERROGATORY No. 14

None.

INTERROGATORY No. 15

I saw a chiropractor in Lawrenceville or Snellville, Georgia years ago; however, I cannot remember the name.

INTERROGATORY No. 16

No.

INTERROGATORY No. 17

No.

INTERROGATORY No. 18

After I finished my shopping at the Loganville, Georgia Walmart, I approached cashier aisle 3 and pushed my shopping cart against the end of the conveyor belt and stepped back preparing to walk around the cart to unload the contents onto the conveyor belt. Just as soon as I stepped back with my left foot, my left foot slipped on something wet, and it went up into the air. At the same time, my right foot slid under the cart and was pinned under the lower rack of the cart. I felt the bone break as it became lodged under the cart. The cashier, Mary, got an electronic handicap cart for me. I told her I didn't need that; I needed an ambulance and to call 911. I called my mother who was waiting in the car for me

outside. She came inside and called for the manager. While I was sitting on the floor screaming and holding my leg, my mother and the manager spoke. When the EMTs arrived, they took my shoe off and then took me to the hospital.

INTERROGATORY No. 19

None, other than the cashier, Mary.

INTERROGATORY No. 20

My mother, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

INTERROGATORY No. 21

None.

INTERROGATORY No. 22

Plaintiff has not identified expert witnesses for use at trial at this time. This response will be supplemented if such experts are retained.

INTERROGATORY No. 23

None at this time.

INTERROGATORY No. 24

None at this time.

INTERROGATORY No. 25

Date of birth: ▮▮▮▮▮▮▮▮▮▮. I am widowed. I graduated from Berkmar High School in Lilburn, Georgia. Object to drivers license and social security number as it is not relevant and not reasonably calculated to lead to discovery of relevant and admissible evidence.

## PLAINTIFF'S RESPONSES TO DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS

Comes now the Plaintiff, through counsel, and response to defendants first notice to produce as follows:

Response No. 1

Copies of all such items currently in Plaintiff's possession are hereby produced electronically through email service to the Defendant's counsel, Nicholas E. Deeb at the following email address: ndeeb@mmatlaw.com.

Response No. 2

> Copies of all such items currently in Plaintiff's possession are hereby produced electronically through email service to the Defendant's counsel, Nicholas E. Deeb at the following email address: ndeeb@mmatlaw.com.

Response No. 3

> None.

Response No. 4

> Plaintiff reported incident to Walmart's claims center. They denied his claims.

Response No. 5

> None.

Response No. 6

> None.

Response No. 7

> None.

Response No. 8

> None at this time.

Response No. 9

> Object. Not relevant to this claim and not reasonably calculated to lead to discovery of relevant and admissible evidence.

Response No. 10

> Plaintiff has not identified expert witnesses for use at trial at this time. This response will be supplemented if such experts are retained.

Response No. 11

> None.

Response No. 12

> None at this time.

Response No. 13

> Plaintiff has not identified expert witnesses for use at trial at this time. This response will be supplemented if such experts are retained.

Response No. 14

    I am retired and have been for approximately the past eight (8) years.

Response No. 15

    None at this time.

Response No. 16

    None at this time.

Response No. 17

    None at this time.

Response No. 18

    None.

Response No. 19

    None.

Response No. 20

    None.

Response No. 21

    None.

Response No. 22

    None.

Response No. 23

    No additional documents at this time.

Response No. 24

    No additional documents at this time.

Response No. 25

    None at this time.

Response No. 26

    None at this time.

Response No. 27

    None.

Response No. 28

> None.

Response No. 29

> None.

Response No. 30

> None.

Response No. 31

> None at this time.

Response No. 32

> It would have been helpful if a "wet floor" sign was posted. I would have known not to step there.

Response No. 33

> None.

Response No. 34

> None at this time.

Response No. 35

> Object. Not relevant to this claim and not reasonably calculated to lead to discovery of relevant and admissible evidence.

Response No. 36

> None.

Response No. 37

> None.

Response No. 38

> None.

Response No. 39

> None.

Response No. 40

> None.

Response No. 41

    None at this time.

Response No. 42

    None.

Response No. 43

    None.

Response No. 44

    None.

Response No. 45

    None.

This 23rd day of March, 2022.

DICKINSON & WILLIS, LLC

*/s/ David F. Dickinson*
David F. Dickinson
Georgia Bar No. 221128
Attorney for Plaintiff

338 North Broad Street
Monroe, Georgia 30655
770-267-8256
david@dickinsonwillis.com

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION on Nicholas E. Deeb, McClain & Merrit, P.C., 3445 Peachtree Road, N.E. Suite 500 Atlanta, Georgia 30326 by United States Postal Service with proper postage affixed.

This 23rd day of March, 2022.

DICKINSON & WILLIS, LLC

/s/ David F. Dickinson
David F. Dickinson
Georgia Bar No. 221128
Attorney for Plaintiff

338 North Broad Street
Monroe, Georgia 30655
770-267-8256
david@dickinsonwillis.com