☗ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**
JOHN M. OTT
JAN 14, 2022 04:22 PM

*Karen G David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY

STATE OF GEORGIA

STANLEY G. PETTY                              CIVIL ACTION FILE NO.
   Plaintiff

   v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPER CENTER NO. 780
   Defendants

## COMPLAINT FOR DAMAGES FOR PERSONAL INJURY

Comes now the Plaintiff, through counsel, and states his claims against the

Defendants as follows:

1.

Defendants are foreign for profit corporations duly authorized to conduct

business in the State of Georgia. At all times relevant to this action, Defendants

conducted business as Walmart Super Center No. 780 at 2050 West Spring Street,

Monroe, Walton County, Georgia 30655.

2.

Defendants may be served with a copy of this complaint and summons by

serving the registered agent for service which is The Corporation Company (FL) 112

North Main Street, Cumming, Georgia 30040 (Forsyth County).

3.

Jurisdiction with respect to this action and Defendant are proper in this

Court.

**Page 1**

4.

Venue with respect to Defendants is proper in this Court.

5.

On or about April 25, 2020, Plaintiff was Defendants' customer at the above referenced store in Monroe, Georgia.

6.

By virtue of his status as Defendants' customer at the above referenced store, Plaintiff was Defendant's invitee upon entering the premises.

7.

While Plaintiff was shopping in the subject store, he suffered a slip and fall caused by a unidentified substance on the floor which caused his right ankle to be seriously injured by the fall and entanglement with a shopping cart.

8.

As a direct result of this injury, Plaintiff was required to have surgery to repair his broken ankle.

9.

Plaintiff was totally unaware of the substance on the floor, could not readily observe it, and in no way contributed to the incident.

10.

Defendants were negligent in failing to properly maintain the store for the safety of customers such as Plaintiff.

**Page 2**

11.

Defendants' negligence with respect to maintenance of the premises is the sole proximate cause of Plaintiff's injuries.

12.

As a direct and proximate result of the above described negligent acts, Plaintiff has endured severe pain and suffering for which he is entitled to an award of general damages.

13.

As a direct and proximate result of the above described negligence, Plaintiff has incurred substantial special damages in the form of medical bills and lost wages for which he is entitled to compensation.

**WHEREFORE**, Plaintiff prays:

a)  For a trial by jury;

b)  For an award of general damages for his pain and suffering;

c)  For an award of special damages in the form of his medical bills and lost wages;

d)  For such additional relief as the Court considers appropriate.

**Page 3**

This ___14th___ day of ___January___ ,2022.

Respectfully Submitted

DICKINSON & WILLIS, LLC

David F. Dickinson
Georgia Bar No. 221128
Attorney for Plaintiff

338 North Broad Street
Monroe, Georgia 3065
770-2674-8256
david@dickinsonwillis.com

**Page 4**

EXHIBIT B

🔥 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**
JOHN M. OTT
JAN 25, 2022 04:13 PM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY

STATE OF GEORGIA

STANLEY G. PETTY                                    CIVIL ACTION FILE NO.
Plaintiff                                                   2022-000071-2

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252
Defendants

## FIRST AMENDMENT TO COMPLAINT
## FOR DAMAGES FOR PERSONAL INJURY

Comes now the Plaintiff, through counsel, prior to service of the Complaint, and

amends his Complaint For Damages For Personal Injury as follows:

1.

The caption is amended to correct the Defendant's Supercenter number from

780 to 5252.

2.

Paragraph 1 of the Complaint is amended to state as follows:

Defendants conducted business as Wal-Mart Supercenter Number 5252 at 4221

Atlanta Hwy., Loganville, Walton County Georgia 30052.

3.

Paragraph 5 of the Complaint is amended to show that Plaintiff was Defendant's

customer at the number 5252 store in Loganville, Georgia.

Page 1

4.

This amendment shall be appended to the original Complaint for service upon the

Defendants as provided by law.

This __25__ day of January, 2022.

Respectfully Submitted

DICKINSON & WILLIS, LLC

David F. Dickinson
Georgia Bar No. 221128
Attorney for Plaintiff

338 North Broad Street
Monroe, Georgia 3065
770-2674-8256
david@dickinsonwillis.com

Page 2

⊕ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**

JOHN M. OTT
FEB 21, 2022 09:33 AM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

## IN THE SUPERIOR COURT OF WALTON COUNTY
## STATE OF GEORGIA

STANLEY G. PETTY,

      Plaintiff,

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 780,

      Defendants.

_____/

Civil Action File No.
SUCV2022000071

### ANSWER OF DEFENDANTS

COME NOW, Defendants WALMART STORES, INC. (Correct designation is Walmart Inc.) and WALMART STORES EAST, LP (correct spelling is Wal-Mart Stores East, LP) and make this Answer to Plaintiff's Complaint as follows:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Plaintiff was not in the exercise of ordinary care for his own safety in the

premises, and by the exercise of ordinary care could have avoided any injury to himself; and on account thereof, Plaintiff is not entitled to recover from Defendants.

<u>FOURTH DEFENSE</u>

Defendants deny that they were negligent in any manner whatsoever or that any negligent act or omission on their part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

<u>FIFTH DEFENSE</u>

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendants.

<u>SIXTH DEFENSE</u>

Defendants respond to the enumerated paragraphs of Plaintiff's Complaint as follows:

1.

Defendants deny the allegations contained in paragraph 1 of the Plaintiff's Complaint.

2.

Defendants deny the allegations contained in paragraph 2 of the Plaintiff's Complaint.

3.

Defendants admit the allegations contained in Paragraph 3 of Plaintiff's Complaint as to personal jurisdiction, but otherwise denies Paragraph 3.

4.

Defendants admit the allegations contained in Paragraph 4 of Plaintiff's Complaint at this time only.

5.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 5 of Plaintiff's Complaint.

6.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 6 of Plaintiff's Complaint.

7.

Defendants deny the allegations contained in paragraph 7 of the Plaintiff's Complaint.

8.

Defendants deny the allegations contained in paragraph 8 of the Plaintiff's Complaint.

9.

Defendants deny the allegations contained in paragraph 9 of the Plaintiff's Complaint.

10.

Defendants deny the allegations contained in paragraph 10 of the Plaintiff's Complaint.

11.

Defendants deny the allegations contained in paragraph 11 of the Plaintiff's Complaint.

12.

Defendants deny the allegations contained in paragraph 12 of the Plaintiff's Complaint.

13.

Defendants deny the allegations contained in paragraph 13 of the Plaintiff's Complaint.

14.

All other allegations contained in the Complaint which are not specifically responded to herein, are, therefore, denied.

15.

Defendants deny Plaintiff's prayer for relief, including subparagraphs a), b), c), and d) thereof.

WHEREFORE, Defendants pray that Plaintiff's Complaint be dismissed with all costs cast upon the Plaintiff.  DEFENDANTS DEMAND TRIAL BY A JURY OF

TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.


 /s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WALMART STORES, INC. AND WALMART STORES EAST, LP has this day been filed and served upon opposing counsel via Peach Court E-File.

This the   21st   day of February, 2022.

McLAIN & MERRITT, P.C.


 /s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

SUCV2022000071

JOHN M. OTT
FEB 21, 2022 09:33 AM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

STANLEY G. PETTY,                                    Civil Action File No.
                                                     SUCV2022000071
       Plaintiff,

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252,

       Defendants.

_____/

### ANSWER OF DEFENDANTS TO FIRST AMENDED COMPLAINT

COME NOW, Defendants WALMART STORES, INC. (correct designation being Walmart Inc.) and WALMART STORES EAST, LP (correct spelling being Wal-Mart Stores East, LP) and make this Answer to Plaintiff's First Amendment to Complaint as follows:

### FIRST DEFENSE

Plaintiff's First Amendment to Complaint fails to state a claim against Defendants upon which relief can be granted.

### SECOND DEFENSE

Plaintiff's alleged damages, if any, were directly and proximately caused by Plaintiff's own contributory negligence and failure to exercise ordinary care.

### THIRD DEFENSE

Page -1-

Plaintiff was not in the exercise of ordinary care for his own safety in the premises, and by the exercise of ordinary care could have avoided any injury to himself; and on account thereof, Plaintiff is not entitled to recover from Defendants.

## FOURTH DEFENSE

Defendants deny that they were negligent in any manner whatsoever or that any negligent act or omission on their part caused or contributed to any injury or damage alleged to have been sustained by Plaintiff.

## FIFTH DEFENSE

Plaintiff assumed the risk of any hazard that was presented and is thereby barred from recovering against Defendants.

## FIFTH DEFENSE

Defendants respond to the enumerated paragraphs of Plaintiff's First Amendment to Complaint as follows:

### 1.

Defendants admit the allegations contained in paragraph 1 of the Plaintiff's First Amendment to Complaint.

### 2.

Defendants admit the allegations contained in paragraph 2 of the Plaintiff's First Amendment to Complaint as to the corrected store number, but Walmart

Stores, Inc. denies that it operated the subject store.

3.

Defendants admit that Plaintiff's complaint is amended to show the correct store number. Defendants lack sufficient knowledge and information to either admit or deny if Plaintiff was a customer at the subject store.

4.

Defendants lack sufficient knowledge and information to either admit or deny the allegations contained in paragraph 4 of Plaintiff's First Amended to Complaint.

5.

All other allegations contained in the First Amendment to Complaint which are not specifically responded to herein, are, therefore, denied.

WHEREFORE, Defendants pray that Plaintiff's First Amendment to Complaint be dismissed with all costs cast upon the Plaintiff. DEFENDANTS DEMAND TRIAL BY A JURY OF TWELVE (12) PERSONS AS TO ALL ISSUES SO TRIABLE.

McLAIN & MERRITT, P.C.


 /s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants

WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing ANSWER OF DEFENDANT WALMART STORES, INC. AND WALMART STORES EAST, LP TO PLAINTIFF'S FIRST AMENDMENT TO COMPLAINT has this day been filed and served upon opposing counsel via Peach Court E-File.

This the __21st__ day of February, 2022.

McLAIN & MERRITT, P.C.


_/s/_   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

Page -5-

⊕ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**
**JOHN M. OTT**
**FEB 21, 2022 09:33 AM**

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

STANLEY G. PETTY,                                    Civil Action File No.
                                                     SUCV2022000071

                 Plaintiff,

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 780,

                 Defendants.

_____/

## 12-PERSON JURY DEMAND

COME NOW Defendants, WALMART STORES, INC. and WALMART

STORES EAST, LP and demand a trial by a jury of twelve (12) persons.


                        McLAIN & MERRITT, P.C.


                         /s/   Nicholas E. Deeb
                        Nicholas E. Deeb
                        Georgia Bar No. 117025
                        Attorneys for Defendants
                        WALMART STORES, INC.
                        WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing **12-PERSON JURY DEMAND** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the 21st____ day of February, 2022

McLAIN & MERRITT, P.C.


 /s/  Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

🏛 EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**
JOHN M. OTT
FEB 21, 2022 09:33 AM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

STANLEY G. PETTY,                                    Civil Action File No.
                                                     SUCV2022000071
            Plaintiff,

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252,

            Defendants.

_____/

<u>NOTICE OF TAKING DEPOSITION</u>

YOU ARE HEREBY notified that beginning on the 16th day of May, 2022,

commencing at 11:00 a.m., at the offices of Dickinson & Willis, LLC, 338 North Broad

St., Monroe, GA  30655, the deposition will be taken of  Stanley G. Petty.  Said

deposition will be taken for purposes of discovery and all other purposes provided

by law before an officer duly authorized to administer oaths.  The deposition shall

continue from day-to-day until completion.       This deposition may also be

videotaped by a videographer.

                        McLAIN & MERRITT, P.C.


                         /s/   Nicholas E. Deeb
                        Nicholas E. Deeb
                        Georgia Bar No. 117025
                        Attorneys for Defendants
                        WALMART STORES, INC.
                        WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326

(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing NOTICE OF TAKING

DEPOSITION has this day been filed and served upon opposing counsel via Peach

Court E-File.

This the <u>21st</u> day of February, 2022.

McLAIN & MERRITT, P.C.


<u> /s/   Nicholas E. Deeb</u>
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

⚖ EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**

JOHN M. OTT
FEB 21, 2022 09:33 AM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY
STATE OF GEORGIA

STANLEY G. PETTY,                                    Civil Action File No.
                                                     SUCV2022000071
          Plaintiff,

v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252,

          Defendants.

_____/

## CERTIFICATE REGARDING DISCOVERY

Pursuant to Uniform Superior Court Rule 5.2, as amended, the undersigned hereby certifies that the following discovery has been served upon all persons identified in the Certificate of Service attached hereto and incorporated herein by reference:

1)    REQUEST FOR ADMISSIONS TO PLAINTIFF

2)    INTERROGATORIES AND REQUEST FOR PRODUCTION TO PLAINTIFF


McLAIN & MERRITT, P.C.


/s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the above and foregoing **CERTIFICATE REGARDING DISCOVERY** has this day been filed and served upon opposing counsel via Peachcourt E-File.

This the 21st___ day of February, 2022.

McLAIN & MERRITT, P.C.


 /s/   Nicholas E. Deeb
Nicholas E. Deeb
Georgia Bar No. 117025
Attorneys for Defendants
WALMART STORES, INC.
WALMART STORES EAST, LP

3445 Peachtree Road, N.E.
Suite 500
Atlanta GA  30326
(404) 365-4535
(404) 364-3138 (fax)
ndeeb@mmatllaw.com

EXHIBIT B

⚡ **EFILED IN OFFICE**
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**
**JOHN M. OTT**
**MAR 21, 2022 11:06 AM**

*Karen O David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY

STATE OF GEORGIA

STANLEY G. PETTY                                          CIVIL ACTION FILE NO.
    Plaintiff                                           2022-000071-2

    v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252
    Defendants

## <u>PLAINTIFF'S RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS OF FACT</u>

Comes no Plaintiff, through counsel, and responds to the Defendant's request for

admissions as follows:

Request No. 1:

    Denied

Request No. 2:

    Denied

Request No. 3:

    Denied

Respectfully submitted.

DICKINSON & WILLIS, LLC

David F. Dickinson
Georgia Bar No. 221128
Attorney for Plaintiff

338 North Broad Street
Monroe, Georgia 30655
770-267-8256
david@dickinsonwillis.com

CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing PLAINTIFF'S

RESPONSES TO DEFENDANT'S FIRST REQUEST FOR ADMISSIONS OF FACT on

Nicholas E. Deeb, McCLAIN & MERRIT, P.C., 3445 Peachtree Road N.E. Suite 500,

Atlanta, Georgia 30326 by Peach Court electronic filing.

This _____ day of March, 2022.

Respectfully submitted.

DICKINSON & WILLIS, LLC

338 North Broad Street                         David F. Dickinson
Monroe, Georgia 30655                          Georgia Bar No. 221128
770-267-8256                                   Attorney for Plaintiff
david@dickinsonwillis.com

EFILED IN OFFICE
CLERK OF SUPERIOR COURT
WALTON COUNTY, GEORGIA

**SUCV2022000071**

JOHN M. OTT
MAR 25, 2022 12:16 PM

*Karen P David*
Karen P David, Clerk
Walton County, Georgia

IN THE SUPERIOR COURT OF WALTON COUNTY

STATE OF GEORGIA

STANLEY G. PETTY                                    CIVIL ACTION FILE NO.
    Plaintiff                                              2022-000071-2

    v.

WALMART STORES, INC. and
WALMART STORES EAST, LP
d/b/a WALMART SUPERCENTER NO. 5252
    Defendants


CERTIFICATE REGARDING DISCOVERY
PURSUANT TO UNIFORM RULE 5.2


I, the undersigned attorney, hereby certify that PLAINTIFF'S RESPONSES TO

DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION were

served on Nicholas E. Deeb, McClain & Merrit, P.C., 3445 Peachtree Road, N.E. Suite 500

Atlanta, Georgia 30326 by Peach Court electronic service.


This 23rd day of March, 2022.


DICKINSON & WILLIS, LLC


/s/ David F. Dickinson

338 North Broad Street                   David F. Dickinson
Monroe, Georgia 30655                    Georgia Bar No. 221128
770-267-8256                             Attorney for Plaintiff
david@dickinsonwillis.com

## CERTIFICATE OF SERVICE

I certify that I have this day served a copy of the foregoing CERTIFICATE

REGARDING DISCOVERY PURSUANT TO UNIFORM RULE 5.2 on Nicholas E. Deeb,

McClain & Merrit, P.C., 3445 Peachtree Road, N.E. Suite 500 Atlanta, Georgia 30326 by Peach

Court electronic service.

This 23rd day of March, 2022.

DICKINSON & WILLIS, LLC

/s/ David F. Dickinson

338 North Broad Street          David F. Dickinson
Monroe, Georgia 30655           Georgia Bar No. 221128
770-267-8256                    Attorney for Plaintiff
david@dickinsonwillis.com